UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Michelle Sulier,**

        **Plaintiff,**        CASE NUMBER: 19-11078
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE STAFFORD

**v.**

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 1, 2020, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 21], recommending that Defendant's Motion for Summary Judgement be [Doc. 17] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 16] **DENIED**.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**.  Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                             s/ Victoria A. Roberts
                             Victoria A. Roberts
                             United States District Judge

Dated:  August 5, 2020